| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Joslyn Idleburg** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–6725** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Michigan** | |
| Case number:  **19–43430–pjs** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joslyn Idleburg

6/18/19

**By the court:** /s/ Phillip J Shefferly
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

19-43430-pjs    Doc 21    Filed 06/20/19    Entered 06/21/19 01:20:40    Page 1 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
Eastern District of Michigan

In re:                                                          Case No. 19-43430-pjs
Joslyn Idleburg                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-2           User: admin              Page 1 of 2               Date Rcvd: Jun 18, 2019
                               Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Joslyn Idleburg,    26150 W 12 Mile Rd,    Southfield, MI 48034-1763
25823133        Comcast Cable,    c/o Credit Management,    PO Box 11828,    Carrollton, TX 75011
25823140       #+Global Lending Service,    5 Concourse Pkwy,    Atlanta, GA 30328-7104
25823144       +Jj Marshall,    28820 Mound Road,   Warren, MI 48092-5510
25823146       +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
25823147       +Paramount Recovery Sys,    Po Box 23369,   Waco, TX 76702-3369
25823148       +Pine Air Apartments,    PO Box 692,   Bloomfield Hills, MI 48303-0692
25823150       +Rs Clark Asc,    12990 Pandora,   Dallas, TX 75238-5256
25823151       +St. John Hospital & Medical Center,    22301 Foster Winter,    Second Floor,
                 Southfield, MI 48075-3707
25823152       +State of Michigan,    Unemployment Restitution,    Dept 771760,    PO Box 77000,
                 Detroit, MI 48277-2000
25823155       +Xfinity Mobile,    1701 JFK Blvd.,   Philadelphia, PA 19103-2838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25902342       +E-mail/Text: bankruptcy_notices@cmsenergy.com Jun 19 2019 00:17:33       CONSUMERS ENERGY COMPANY,
                 Attn: Legal Dept,    One Energy Plaza,   Jackson, MI 49201-2357
25823134       +EDI: WFNNB.COM Jun 19 2019 03:58:00      Comenity Bank/buckle,    Po Box 182789,
                 Columbus, OH 43218-2789
25823135       +EDI: WFNNB.COM Jun 19 2019 03:58:00      Comenity Bank/lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
25823136       +EDI: WFNNB.COM Jun 19 2019 03:58:00      Comenity Bank/roamans,    Po Box 182789,
                 Columbus, OH 43218-2789
25823137       +EDI: WFNNB.COM Jun 19 2019 03:58:00      Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
25823138       +EDI: CONVERGENT.COM Jun 19 2019 03:58:00       Convergent Outsourcing,    Po Box 9004,
                 Renton, WA 98057-9004
25823139       +E-mail/Text: electronicbkydocs@nelnet.net Jun 19 2019 00:17:08       Dept Of Education/neln,
                 3015 Parker Rd,    Aurora, CO 80014-2904
25823141       +EDI: PHINAMERI.COM Jun 19 2019 03:58:00       Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
25823142       +EDI: IIC9.COM Jun 19 2019 03:58:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
25823143        EDI: JEFFERSONCAP.COM Jun 19 2019 03:58:00       Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
25823145       +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jun 19 2019 00:18:07
                 Michigan Department of Treasury,    Collection/Bankruptcy Unit,    P.O. Box 30168,
                 Lansing, MI 48909-7668
25823149       +EDI: PRA.COM Jun 19 2019 03:58:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
25823153       +E-mail/Text: EBankruptcy@UCFS.NET Jun 19 2019 00:18:40       United Consumer Finl S,
                 865 Bassett Rd,    Westlake, OH 44145-1194
25823154       +E-mail/Text: support@ucscollections.com Jun 19 2019 00:16:00       Universal Credit Servi,
                 3582 Avon St,    Hartland, MI 48353-7707
                                                                                                TOTAL: 14

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

   Cathryn A. Rudolph  on behalf of Plaintiff  Michigan Unemployment Insurance Agency
    colthurstc@michigan.gov, smithlingj@michigan.gov
   Fred Dery  fdery@fredjdery.com, MI39@ecfcbis.com;dcloven@fredjdery.com;fjd@trustesolutions.net
   Jason M. Milstone  on behalf of Creditor  Consumers Energy Company
    bankruptcyfilings@cmsenergy.com
   John A. Steinberger  on behalf of Debtor Joslyn Idleburg john@steinbergerlaw.com,
    trinyette@steinbergerlaw.com;JASteinberger@gmail.com;SteinbergerJR45942@notify.bestcase.com;connie@steinbergerlaw.com;R45942@notify.bestcase.com

                                    TOTAL: 4